# United States District Court
for the
Eastern District of Missouri

United States of America
v.
Durain Cotton

Case No: 4:04CR290
USM No: 31026-044

Date of Previous Judgment: 11/12/04
(Use Date of Last Amended Judgment if Applicable)

Felicia Jones
Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the Term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  70  months is reduced to  60 .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 25 | Amended Offense Level: | 23 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 70 to 87 months | Amended Guideline Range: | 57 to 71 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Although the amended guideline range is 57 to 71 months, the offense of conviction carries a statutory mandatory minimum sentence of 60 months.

Except as provided above, all provisions of the judgment dated  11/12/04  shall remain in effect.

**IT IS SO ORDERED**

Order Date: 08/26/2008

*Jean C. Hamilton*
Judge's Signature

Effective Date: 9/5/08
(if different from order date)

Jean C. Hamilton, US District Judge
Printed Name and title